1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11  ROBERT L. SIMRIL,                 )   NO. CV 07-0563 GW (SS)
                                      )
12                 Petitioner,        )
                                      )   **ORDER ADOPTING FINDINGS,**
13        v.                          )
                                      )   **CONCLUSIONS AND RECOMMENDATIONS**
14  W.J. SULLIVAN, Warden,            )
                                      )   **OF UNITED STATES MAGISTRATE JUDGE**
15                 Respondent.        )
                                      )
16  _____)

17

18        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition,

19  all of the records and files herein, the Magistrate Judge's Report and

20  Recommendation, and Petitioner's Objections.   After having made a de

21  novo determination of the portions of the Report and Recommendation to

22  which Objections were directed, the Court concurs with and adopts the

23  findings, conclusions and recommendations of the Magistrate Judge.

24  \\\

25  \\\

26  \\\

27  \\\

28  \\\

Accordingly, IT IS ORDERED THAT:

1.   Judgment shall be entered dismissing this action with prejudice.

2.   The Clerk shall serve copies of this Order and the Judgment herein by United States mail on Petitioner and on counsel for Respondent.

DATED: *October 14, 2008*

GEORGE H. WU
UNITED STATES DISTRICT JUDGE

2